AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Louisiana

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:25-mj-00214-01 |
| MAXIMILIANO PEREZ-PEREZ | ) |
|  | ) |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 21, 2025__ in the county of __Alexandria__ in the __Western__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 | Assaulting, resisting, or impeding certain officers or employees |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Erol Catalan
Printed name and title

Sworn to before me and signed in my presence.

Date: November 24, 2025

_____
Judge's signature

City and state: Alexandria, Louisiana       Joseph H. L. Perez-Montes, U.S. Magistrate Judge
Printed name and title