UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 25-cr-371 |
| -vs- | JUDGE DRELL |
| MAXIMILIANO PEREZ-PEREZ (01) | MAGISTRATE JUDGE PEREZ-MONTES |

ORDER

Before the court is an appeal of the magistrate judge's decision (Doc. 15) in which Defendant seeks the revocation of a detention order and his immediate release with conditions. Defendant argues that the Government did not meet its burden of proving under 18 U.S.C. §3142(f) that he was a flight risk and section (g) that no set of conditions would reasonably assure his appearance in court and the safety of the community. We have examined the entire record *de novo* and find the motion should be denied.

The record before the court shows that Defendant entered this country unlawfully at some unknown place and time. When his arrest was attempted, he fled on foot, and then bit the arresting officer. While we note Defendant does not have a prior criminal record, we do not believe that fact sufficiently establishes his character. In fact, that evidence equally substantiates the Government's position that Defendant has endeavored to avoid detection and has no ties to the community. A position that Defendant has not contradicted with either witnesses or evidence.

Given the fact that Defendant has already attempted to evade apprehension and neither his character nor ties to the community are known, we do not find that the magistrate judge erred in ordering his detention. Accordingly,

IT IS ORDERED that the appeal of the magistrate judge's decision (Doc. 15) is DENIED, and the detention order is maintained.

THUS DONE AND SIGNED at Alexandria, Louisiana this 20th day of January 2026.

  
_____  
DEE D. DRELL, SENIOR JUDGE  
UNITED STATES DISTRICT COURT